UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY and EVERLAKE LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>COREY SHELTON Clerk's Entry of Default Entered on 6/26/2024,<br>DAVID SHELTON, and<br>SHARON LOPEZ Clerk's Entry of Default Entered on 6/26/2024,<br><br>Defendants. | No. 1:24-cv-00264-RLY-MKK |

**ENTRY ADOPTING REPORT AND RECOMMENDATION AND DIRECTING FURTHER PROCEEDINGS**

Plaintiffs, two life insurance companies, brought this interpleader action to determine the proper beneficiary of the proceeds payable on two life insurance policies. (Filing No. 1, Compl.). On August 30, 2024, Magistrate Judge Klump issued a report and recommendation recommending the following: (1) that the court order "Plaintiffs to pay the Policy Proceeds to Defendant David Shelton"; (2) that, upon payment of the Policy Proceeds, the action should be dismissed with prejudice; and (3) that, upon payment of the Policy Proceeds, "Plaintiffs should be discharged of any and all liability with respect to the Policies and payment of the Policy Proceeds" and that "Defendants . . . should be enjoined from instituting or maintaining any action against Plaintiffs relative to the Policies or payment of the Policy Proceeds." (Filing No. 19). No party objected to the Magistrate Judge's recommendation.

1

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 19). The court therefore **GRANTS** Plaintiffs' and Defendant David Shelton's joint Motion to Pay Proceeds and for Dismissal and Discharge (Filing No. 15) to the extent that it **ORDERS** Plaintiffs to the pay the Policy Proceeds to Defendant David Shelton **within 21 days** of the date of this Entry. The court further **ORDERS** Plaintiffs and Defendant David Shelton to file **within 30 days** of the date of payment a stipulation of dismissal, consistent with the agreement of the parties, to close the case.

**IT IS SO ORDERED** this 26th day of September 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.

Mail to:

Corey Shelton
5859 Beatle Drive
Apartment G
Indianapolis, IN 46216

Sharon Lopez
408 North Keystone Avenue
Indianapolis, IN 46201